UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

        Plaintiff,

v.

ROY GONZALEZ, et al.,

        Defendants.

Case No. 3:24-cv-05845-RSM-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's proposed complaint (Dkt. 1-1, 2) is dismissed without prejudice, the *in forma pauperis* (IFP) application is denied (Dkt. 1), and this case is closed.

(3) Plaintiff's proposed "motion to supplement the pleadings" (Dkt. 4 at 2) is denied.

(4) Plaintiff's proposed "motion to request to take judicial notice of all proffers and exhibits" (Dkt. 4) is denied.

(5) Plaintiff's proposed "motion to the court to request that an investigation be conducted immediately" (Dkt. 3) is denied.

  (6) Plaintiff's proposed "motion to turn a 42 U.S.C. 1983 into a 28 U.S.C. 2254 writ of habeas corpus to challenge unconstitutional conditions of confinement" (Dkt. 4 at 5-10) is denied.

  (7) Plaintiff's proposed "motion to quash, abate, vacate, void, annul, or rescind the major infraction report" (Dkt. 6) is denied.

  (8) Plaintiff's proposed "motion for reconsideration or in the alternative a notice of appeal" (Dkt. 4 at 60) related to the "anticipated ruling", plaintiff's proposed "rebuke to the R+R of the R+R of the U.S. Magistrate Judge" (Dkt. 5), and plaintiff's proposed "motion for discovery" (Dkt. 4 at 12) in response to the anticipated order of dismissal are denied without prejudice as premature.

  (9) The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

Dated this 22nd day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2